ANN ELIZA SLOSSON and others, *as Executrices, Respondents, v.* THE TRUSTEES OF THE BAPTIST CHURCH OF LINDLEY, *Appellants.* Judgment affirmed. Mem. by HAIGHT, J.

ANDREW HARPENDING, *as Administrator, etc., Respondent, v.* STEPHEN T. ARNOT and others, *as Executors, etc.,* and another, *Appellants.* — Judgment reversed and a new trial ordered, costs of this appeal to abide the final award of costs in the action. Opinion by SMITH, P. J.

LYMAN H. GRANGER, *Appellant,* v. HENRY H. CRAIG and others, *Respondents.* — Judgment modified by increasing the amounts due on the notes and mortgage in the sum of sixty-eight dollars and eighty cents, and as so modified affirmed, with costs of this appeal to the respondents. Opinion by HAIGHT, J.

JAMES DEMPSEY, *Appellant, v.* MARY DEMPSEY, *as Executrix, etc., Respondent.* — Judgment affirmed, with costs. Opinion by HAIGHT, J.

JOHN P. READ and others, *Appellants, v.* JOHN A. MILLER and others, *Respondents.* — Judgment and order affirmed, on opinion of DANIELS, J., at Special Term.

PETER GARRITY, *Appellant, v.* THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, *Respondents.* — Judgment affirmed. Opinion by HAIGHT, J.

THOMAS McKEON, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Conviction and judgment reversed, and proceedings remitted to the Court of Sessions of Wyoming county for a new trial in that court. Opinion by HAIGHT, J.

JOHN C. DERBY, *Appellant, v.* JUSTUS YALE and others, *Respondents.* — Judgment affirmed, with costs. Opinion by SMITH, P. J.

M. CORNELIA BROWN, *Appellant, v.* BENJAMIN F. VAN CAMP, *Respondent, Impleaded,* with others. — Reargument ordered.

LEMUEL L. CROCKER, *Appellant, v.* EMMET FAIRBANKS, *Respondent.* Judgment and order affirmed, with costs. Opinion by HAIGHT, J.

THE FIRST REFORMED PRESBYTERIAN CHURCH OF YORK, *Respondent, v.* JOHN L. SCOTT, SAMUEL BOWDEN and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements, to be paid by the appellants. Opinion by SMITH, P. J.

ALONZO BRADNER, *Respondent, v.* LESTER B. FAULKNER, *Appellant.* Order affirmed with ten dollars costs and disbursements. Opinion by HAIGHT, J.